# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KIERSTEN HENING,<br><br>                                *Plaintiff*,<br><br>v.<br><br>CHARLES "CHUGGER" ADAIR, in his official capacity as head coach of the women's soccer team at Virginia Polytechnic Institute and State University,<br>                                *Defendant*. | **NOTICE OF APPEARANCE OF JAMES P. McGLONE**<br><br>No. 7:21-cv-131-TTC |

By this Notice of Appearance, the undersigned appears as counsel of record for Plaintiff Kiersten Hening in this case.

                                                                         Respectfully submitted,

Dated: November 9, 2022                    */s/ James P. McGlone*
                                                                                 James P. McGlone*
                                                                                 Consovoy McCarthy PLLC
                                                                                 1600 Wilson Blvd., Ste. 700
                                                                                 Arlington, VA 22209
                                                                                 (703) 243-9423
                                                                                 jim@consovoymccarthy.com

                                                                                 **admitted pro hac vice*