# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**KIERSTEN HENING**

vs.

**CHARLES ADAIR**

Action No:   7:21CV131
Date:   12/2/2022
Judge:   Thomas T. Cullen
Court Reporter:   L. Blair, via Zoom
Deputy Clerk:   C. Kemp

**Plaintiff Attorneys**

Cameron Norris
James McGlone

**Defendant Attorneys**

Hud McClanahan
Kay Heidbreder
Mark Gess

**PROCEEDINGS:**
Hearing on Defendant's Motion for Summary Judgment, ECF 21 and Defendant's Motion to Exclude Proposed Expert, ECF 23.
Court addresses the parties.
Arguments from Counsel as to Defendant's Motion for Summary Judgment, ECF 21 and Defendant's Motion to Exclude Proposed Expert, ECF 23.
The Court will deny Defendant's Motion for Summary Judgment, ECF 21 for the reasons stated on the record. Written Opinion and Order forthcoming.
The Court will take Defendant's Motion to Exclude Proposed Expert, ECF 23 under advisement.
Adjourned.

Time in Court:   2:01p-3:10p,3:22p-3:41p Total time 1h 28 mins