IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KIERSTEN HENING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:21cv00131 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES "CHUGGER" ADAIR, in his individual and official capacity as head head coach of the women's soccer team at Virginia Polytechnic Institute and State University, | ) ) ) ) ) ) | By:   Hon. Thomas T. Cullen
         United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the court's Memorandum Opinion, it is hereby **ORDERED** that Defendant Charles "Chugger" Adair's motion for summary judgment (ECF No. 21) is **DENIED**.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 2nd day of December, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE