# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KIERSTEN HENING,<br>                                    *Plaintiff*,<br>v.<br>CHARLES "CHUGGER" ADAIR, in his individual and official capacity as head coach of the women's soccer team at Virginia Polytechnic Institute and State University,<br>                                    *Defendant*. | No. 7:21-cv-131-TTC-RSB |

## STIPULATION OF DISMISSAL

The parties, by counsel, having compromised and settled all issues in dispute pursuant to a settlement agreement executed December 20, 2022, the terms of which are hereby incorporated by reference, agree that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to pay its taxable costs and attorney fees.

| | |
|---|---|
| Dated: January 30, 2023 | Respectfully submitted, |
| /s/ M. Hudson McClanahan | /s/ Cameron T. Norris |

| | |
|---|---|
| Kay Heidbreder (VA Bar #22288) | J. Michael Connolly (VA Bar #77632) |
| *University Legal Counsel and Senior* | Cameron T. Norris (VA Bar #91624) |
| *Assistant Attorney General* | James P. McGlone (pro hac vice) |
| M. Hudson McClanahan (VA Bar #46363) | CONSOVOY MCCARTHY PLLC |
| *Associate University Legal Counsel and* | 1600 Wilson Blvd., Suite 700 |
| *Assistant Attorney General* | Arlington, VA 22209 |
| Mark A. Gess (VA Bar #71016) | (703) 243-9423 |
| *Associate University Legal Counsel and* | mike@consovoymccarthy.com |
| *Assistant Attorney General* | cam@consovoymccarthy.com |
| University Legal Counsel | jim@consovoymccarthy.com |
| 236 Burruss Hall (0121) | |
| 800 Drillfield Drive | |
| Blacksburg, VA 24061 | Adam K. Mortara (pro hac vice) |
| Phone: (540) 231-6293 | LAWFAIR LLC |
| Fax: (540) 231-6474 | 125 South Wacker Drive, Ste. 300 |
| heidbred@vt.edu | Chicago, IL 60606 |
| hud3@vt.edu | (773) 750-7154 |
| mgess@vt.edu | mortara@lawfairllc.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |